IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00924-AP

RUBEN A. ILLA,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

        For Plaintiff:
        WILLIAM E. BENJAMIN
        5350 Manhattan Circle, Suite 105
        Boulder, CO 80303
        (303) 442-9005
        E-mail: wbenjaminlaw@ecentral.com

        For Defendant:
        TROY A. EID
        United States Attorney

        KEVIN TRASKOS
        Deputy Chief, Civil Division
        United States Attorney's Office
        District of Colorado

        THOMAS H. KRAUS
        Special Assistant United States Attorney
        1961 Stout Street, Suite 1001A
        Denver, Colorado 80294
        (303) 844-0017
        E-mail: tom.kraus@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:** 05/05/2008

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 05/21/2008

    C.    **Date Answer and Administrative Record Were Filed:** 07/21/2008

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state that the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

    A.    Plaintiff does not plan to submit additional evidence.

    B.    Defendant does not plan to submit additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case raises no unusual claims or defenses.

## 7. OTHER MATTERS

None.

## 8. PROPOSED BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due:** 09/22/2008

    B.    **Defendant's Response Brief Due:** 11/10/2008

C.  Plaintiff's Reply Brief (If Any) Due: 11/26/2008

## 9. STATEMENTS REGARDING ORAL ARGUMENT

The parties do not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.  ( X ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.  ( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 12 day of August, 2008.

BY THE COURT:

[signature: John L. Kane]
U.S. DISTRICT COURT JUDGE

APPROVED:

s/ William E. Benjamin  
WILLIAM E. BENJAMIN  
5350 Manhattan Circle, Suite 105  
Boulder, CO 80303  
(303) 442-9005  
E-mail: wbenjaminlaw@ecentral.com

Attorney for Plaintiff

UNITED STATES ATTORNEY

TROY A. EID  
United States Attorney

KEVIN TRASKOS  
Deputy Chief, Civil Division  
United States Attorney's Office  
District of Colorado

s/ Thomas H. Kraus  
By: THOMAS H. KRAUS  
Special Assistant U.S. Attorney  
1961 Stout St., Suite 1001A  
Denver, Colorado 80294  
Telephone: (303) 844-0017  
tom.kraus@ssa.gov

Attorneys for Defendant